## A. & B. AIR LINE RY. CO. V. ALA. CONST. CO.

*Assumpsit.*

(Decided April 5th, 1906. 40 So. Rep. 1037.)

APPEAL from Anniston City Court.
Heard before HON. T. W. COLEMAN, JR.
JOHN P. TILLMAN, W. C. TUNSTALL, JR., and KNOX,
ACKER & BLACKMON, for appellant.
J. J. WILLETT and BLACKWELL & AGEE, for appellee.
Appeal withdrawn.

---

## BLACK WARRIOR LUMBER CO. V. SLEDGE, *et al.*

*Assumpsit.*

(Decided April 17th, 1906. 40 So. Rep. 1037.)

APPEAL from Marengo Circuit Court.
Heard before HON. A. H. ALSTON.
ABRAHAM & SIMON, for appellant.
ELMORE & HARRISON, for appellee.
Appeal dismissed by agreement of counsel.

---

## CENTRAL OF GA. RY. CO. V. HAARDT.

*Damage for Loss of Goods.*

(Decided April 4th, 1906. 40 So. Rep. 1037.)

APPEAL from Montgomery Circuit Court.
Heard before HON. T. SCOTT SAYRE.
CHAS. P. JONES and W. S. THETFORD, for appellant.
HILL, HILL & WHITING, for appellee.
WEAKLEY, C. J.—Appeal dismissed on authority of
*State, ex rel Sayre,* 39 So. Rep. 240, and *Kidd v. Burke,*
38 So. Rep. 241.
All the Justices concur.